UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

ANNIE YVONNE CHARLES,                              CASE NO.:

    Plaintiff,

vs.

CARNIVAL CORPORATION, a Florida
Corporation, d/b/a CARNIVAL CRUISE
LINES,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, ANNIE YVONNE CHARLES by and through her undersigned counsel, and sues the Defendant, CARNIVAL CORPORATION, and says:

1. This is a maritime action for personal injury damages.

2. That Defendant, CARNIVAL CORPORATION, is a Florida corporation, authorized to do, and doing business, in the State of Florida, and did business in Florida as CARNIVAL CRUISE LINES, providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as the *CARNIVAL SUNSHINE*.

3. That jurisdiction is proper in this Court pursuant to 28 U.S.C. §1333, which provides original jurisdiction to the United States District Court, exclusive of state courts, of "any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled."

Case No:
Page 2 of 4

4. That venue is proper in the Southern District of Florida, in that Defendant's principal place of business is in Miami, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from Orlando, Florida.

5. That Defendant has agreed, in writing, that jurisdiction and venue are proper in the Southern District of Florida under the terms of the cruise ticket tendered by Defendant to Plaintiff. A copy of said cruise ticket is in the possession of the Defendant.

6. That on September 21, 2015, Plaintiff was a fare-paying passenger on the vessel *CARNIVAL SUNSHINE*, that was at all times material hereto, a vessel owned and operated by Defendant.

7. That on September 21, 2015, Plaintiff was a business invitee upon the vessel owned and operated by Defendant having come onto the vessel to make use of the facilities.

8. That on September 21, 2015, Plaintiff was injured when she slipped on the wet floor while walking through the Marketplace on the Lido Deck of said vessel.

9. That the subject area of the vessel, and all of its attendant attractions, is owned and operated by Defendant.

10. That at the aforementioned time and place, the Defendant, through its agents and/or employees, was negligent in the following acts of commission and/or omission:

   a. Failure to properly maintain the cruising vessel *CARNIVAL SUNSHINE* in a reasonably safe condition for use by Plaintiff and others similarly situated.

   b. Failure to properly supervise its staff to maintain the cruising vessel in a reasonably safe condition for use by Plaintiff and others similarly situated.

Case No:
Page 3 of 4

    c. Failure to correct a dangerous condition of which it either knew or should have known through the use of reasonable care.

    d. Failure to warn the Plaintiff of the existence of a dangerous condition on Defendant's cruising vessel, of which the Defendant either knew or should have known through the use of reasonable care.

    e. Failure to correct the dangerous condition, despite repeated accidents and injuries similar to that of Plaintiff.

    f. Failure to exercise reasonable care under the circumstances.

11. That as a direct and proximate result of the aforementioned negligence on the part of Defendant, CARNIVAL CORPORATION, Plaintiff, ANNIE YVONNE CHARLES, was injured in and about her body and extremities; was caused great physical pain and mental suffering; has suffered physical and mental losses and impairments which are, within a reasonable degree of medical probability, permanent and/or continuing in nature, and will suffer said losses and impairments in the future; has been caused to expend money for the treatment of her injuries and will, in the future, be caused to expend further monies for treatment of her injuries.

    WHEREFORE Plaintiff, ANNIE YVONNE CHARLES, demands judgment for damages against Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE

## **DEMAND FOR JURY TRIAL**

    Plaintiff, ANNIE YVONNE CHARLES, hereby demands trial by jury of all issues triable as of right by a jury.

Dated this 22nd, of August, 2016.

                                      LaBovick Law Group
                                      5220 Hood Road, Suite 200
                                      Palm Beach Gardens, FL 33418
                                      (561) 625-8400  Telephone
                                      (561) 370-6411  Facsimile
                                      Attorneys for Plaintiff
                                      Email: Phunt@LaBovick.com
                                      2nd Email: Pdaddarioi@LaBovick.com

By: _____
       Peter R. Hunt, Esq.
       Florida Bar No. 107350